IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| EDWARD F. DANIEL, | ) |
| Plaintiff, | ) Case No. 1:06-0019 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Knowles |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

### ORDER

Pending before the Court is Plaintiff Edward F. Daniel's unopposed Motion for Judgment on the Administrative Record ("Plaintiff's Motion") (Doc. No. 9). Magistrate Judge Knowles issued a Report and Recommendation ("Report") (Doc. No. 22) recommending that Plaintiff's Motion be granted and the cause remanded for further proceedings. The Report was filed on October 10, 2008, and no objections to the Report have been filed by the Commissioner. Upon review of the record in this case, the Court finds the Magistrate Judge's Report and Recommendation to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** the cause for further proceedings.

It is so ORDERED.

Entered this ___6th___ day of November, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT